*In re* NELSON ESCALONA COLÓN.

*Número:* AB-1999-16          *Resuelto:* 4 de febrero de 2000

*Nelson Escalona Colón, pro se; Gustavo A. Gelpí, Procurador General,* abogado de El Pueblo; *Luis Rodríguez Santiago,* abogado del querellante Rafael Rodríguez Rodríguez.

## RESOLUCIÓN

### I

El 29 de diciembre de 1999, mediante un *per curiam,* suspendimos inmediatamente de la abogacía al Lcdo. Nelson Escalona Colón hasta tanto dispusiéramos de otro modo, por haber desatendido nuestras órdenes. *Fue notificado el 12 de enero de 2000.*

El 18 de enero de 2000, Escalona Colón presentó una moción para solicitarnos que dejáramos sin efecto dicha sentencia. Expuso, en síntesis, que su desatención a nuestras órdenes se debió a que estaba en trámites de transigir un pleito de cobro de dinero con el quejoso Sr. Rafael Rodríguez Rodríguez. Nos pide vehementemente excusas y solicita una nueva oportunidad.

Por su parte, el Procurador General solicita que se enmiende la sentencia para que exponga que el licenciado Escalona Colón tiene el deber de notificar a sus clientes de su actual inhabilidad de seguir representándolos; les devuelva cualesquiera honorarios recibidos por trabajos no realizados, e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Subsiguientemente, el 1ro de febrero, Escalona Colón nos sometió una nueva moción, en la cual expuso las medidas adoptadas y haber transigido con el quejoso en la reclamación. Acompañó una comparecencia del quejoso Ro-

dríguez Rodríguez, dando por satisfecha su reclamación contra Escalona Colón y solicitando el archivo de la queja.

## II

Acogemos como una reconsideración el pedido de Escalona Colón. Aún así, no procede dejar sin efecto nuestra sentencia, pues no nos ha planteado excusas meritorias justificativas de su desatención a nuestras órdenes.

Sin embargo, en vista de haber demostrado interés en afrontar ahora diligentemente esta queja y, a tales efectos transigida la reclamación que movió al quejoso Rodríguez Rodríguez a presentarla, limitaremos su suspensión para que sea *efectiva* desde su notificación el 12 de enero hasta el 13 de febrero de 2000. *Académico el pedido del Procurador General.*

*Notifíquese por escrito, vía telefónica y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Andréu García no intervino.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*